IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



FILED

NOV 3 0 2018

Clerk, U.S District Court
District Of Montana
Missoula

| UNITED STATES OF AMERICA, | CR 18–08–BU–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| TARVAN LEONARD HANKS, | |
| Defendant. | |

Before the Court is Defendant Tarvan Leonard Hanks's Motion for Transportation Expenses Pursuant to 18 U.S.C. § 4285. (Doc. 57.) The government does not object to the motion.

IT IS ORDERED that:

(1) Defendant's motion (Doc. 57) is GRANTED; and

(2) The United States Marshal shall arrange for Defendant's transportation from Fort Lauderdale, Florida to Missoula, Montana to enable Defendant to attend his sentencing hearing on December 20, 2018; and

(3) The United States Marshal shall furnish Defendant with necessary subsistence expenses to his destination, not to exceed the per diem allowances set forth in 18 U.S.C. § 5702(a).

1

DATED this 30th day of November, 2018.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court