FILED
DEC 20 2018
Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TARVAN LEONARD HANKS,<br><br>Defendant. | CR 18–08–BU–DLC<br><br>ORDER |

The Judgment in a Criminal Case filed December 20, 2018 includes a clerical error. The original judgment lists an incorrect case number for one of the co-defendants with whom the Defendant is jointly and severally liable for restitution, and it does not state that other defendants may ultimately share the restitution obligation. Accordingly, IT IS ORDERED that a corrected judgment for TARVAN LEONARD HANKS shall be prepared, pursuant to Federal Rule of Criminal Procedure 36, to correct this error.

DATED this 20th day of December, 2018.

Dana L. Christensen, Chief District Judge
United States District Court